**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Willie Edward HOPKINS, III, a/k/a W.E. Hopkins, a/k/a Willie Hopkins, a/k/a Bill Hopkins, a/k/a Little Bill, a/k/a Bill, Jr., a/k/a Sealed, Defendant–Appellant.**

**No. 02–6776.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

Willie Edward Hopkins, Appellant Pro Se. Fernando Groene, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Willie Edward Hopkins, III, seeks to appeal the district court's order denying his motions filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Hopkins,* Nos. CR–97–9; CA–01–803–2 (E.D.Va. Mar. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*